IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13cr43 |
| | ) | JUDGMENT OF ACQUITTAL |
| vs. | ) | |
| | ) | |
| JULIO CESAR PONCE-YBARRA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The jury having found the defendant Julio Cesar Ponce-Ybarra not guilty on Count I of the Sixth Superseding Indictment and the Court having accepted the jury's verdict,

IT IS ORDERED that this case, including all superseding indictments, is dismissed with prejudice as against defendant Julio Cesar Ponce-Ybarra only.

DATED March 18, 2015.

BY THE COURT

s/ John M. Gerrard
United States District Judge