IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-43 |
| vs. | ORDER EXONERATING SURETY BOND |
| JULIO CESAR PONCE-YBARRA, | |
| Defendant. | |

The Court finds that the above-captioned defendant has submitted himself to the judgment of this Court and satisfied all obligations in this matter. Accordingly,

IT IS ORDERED:

1. The defendant's motion for release of bond obligation (filing 687) is granted.

2. The defendant's surety bond in the Central District of California, Eastern Division, is exonerated.

Dated this 13th day of July, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge